DECEMBER 12, 1997

No. 96–1654. MUSCARELLO v. UNITED STATES. C. A. 5th Cir.; and

No. 96–8837. CLEVELAND ET AL. v. UNITED STATES. C. A. 1st Cir. Motion of petitioners in No. 96–8837 for leave to proceed in forma pauperis granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 23, 1998. Brief of the Solicitor General is to be filed with the Clerk and served upon

opposing counsel on or before 3 p.m., Friday, February 20, 1998. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 18, 1998. This Court's Rule 29.2 does not apply. Reported below: No. 96–1654, 106 F. 3d 636; No. 96–8837, 106 F. 3d 1056.